1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   TALIA FALK (NYBN 4944245)
    Special Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, CA 94612
6       Telephone: (510) 637-3680
        Fax: (510) 637-3724
7       E-Mail: talia.falk@usdoj.gov

8   Attorneys for the United States of America

9                       UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12

13  UNITED STATES OF AMERICA,          )    No. CR 13-00165 YGR
                                       )
14          Plaintiff,                 )
                                       )
15      v.                             )    STIPULATION AND  ORDER TO
                                       )    CONTINUE HEARING DATE AND TO
16  ARMANDO PILIADO VARGAS,            )    EXCLUDE TIME UNDER THE SPEEDY
                                       )    TRIAL ACT
17          Defendant.                 )
                                       )
18
        IT IS HEREBY STIPULATED, by and between the parties to this action, that the status
19
    conference on May 2, 2013, presently scheduled at 2:00 p.m. before the Honorable Yvonne
20
    Gonzalez Rogers, be vacated and the matter be re-set for acceptance of plea on May 23, 2013 at
21
    10:00 a.m.
22
        The requested continuance would promote efficiency for the Court and all involved parties
23
    because the defendant is prepared to plead guilty and the Court is unable to accept a plea on May
24
    2, 2013 due to a full calendar.  The date of May 23, 2013 is the next available date for the Court
25
    and the parties.  This is the first requested continuance for this matter.
26
        The parties agree and stipulate that the time until May 23, 2013 should be excluded in
27
    accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(G), as the
28
    Court considers a proposed plea agreement, which already has been submitted to the Court, to be

STIP. & PROPOSED ORD. RE STIPULATION TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
Nos. CR 13-00165 YGR

1  entered into by the defendant and the attorney for the Government.

2

3  Date: May 1, 2013                                    Respectfully Submitted,

4                                                       MELINDA HAAG

5
                                                        _____/s/_____
6                                                       TALIA FALK, Esq.
                                                        Special Assistant United States Attorney
7

8                                                       _____/s/_____
                                                        JOYCE LEAVITT, Esq.
9                                                       Counsel for Defendant Cruz Lopez

10
          I hereby attest that I have permission of the parties to enter a conformed signature (/s/)
11  for all signatures within this e-filed document.

12
                                        **ORDER**
13

14        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference on

15  May 2, 2013, presently scheduled at 2:00 p.m. before the Honorable Yvonne Gonzalez Rogers,

16  shall be vacated and the matter be re-set for acceptance of plea on May 23, 2013 at 10:00 a.m.

17        IT IS FURTHER ORDERED THAT the time until May 23, 2013 shall be excluded in

18  accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(G) as the Court

19  considers the proposed plea agreement to be entered into by the defendant and the attorney for

20  the Government

21     SO ORDERED.

22

23    _May 1, 2013_____                     _____
       Date                                      HON. YVONNE GONZALEZ ROGERS
24                                               UNITED STATES DISTRICT JUDGE

25

26

27

28

STIP. & P̶R̶O̶P̶O̶S̶E̶D̶ ORD. RE STIPULATION TO CONTINUE HEARING DATE AND TO EXCLUDE TIME
Nos. CR 13-00165 YGR